IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| STERILITE CORPORATION,<br><br>      Plaintiff,<br><br> v.<br><br>OLIVET INTERNATIONAL, INC.,<br><br>      Defendant. | )<br>)<br>)<br>)<br>) Civil Action No.  1:22-cv-10327-JEK<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT MOTION REGARDING CERTAIN POST-JURY TRIAL FILINGS**

In accordance with the Court's April 18, 2025 request (Dkt. 288 at 26:12-27:6), Plaintiff Sterilite Corporation ("Sterilite") and Defendant Olivet International Inc. ("Olivet") (collectively, "the Parties") hereby submit the following proposed scheduled for filing of certain post-jury trial materials and motions, subject to the Court's approval.[1]  As indicated below, the Parties jointly respectfully request leave to file Reply briefs in support of the respective motions, pursuant to Local Rule 7.1, limited to 20 pages.  The Parties stipulate that all motions and oppositions will remain limited to 20 pages pursuant to Local Rule 7.1.

Further, the Parties jointly request that submissions of proposed findings of fact and conclusions of law regarding Sterilite's dilution claim be limited to 35 pages.  This page limit will provide the Parties with adequate opportunity to identify the relevant evidence regarding Sterilite's claim and offer sufficient analysis of that evidence within the proposed conclusions of law.  The Parties conferred regarding this schedule via email and by teleconference on April 30, 2025.

---

[1] The parties reserve all rights to file additional post-trial briefing beyond those contemplated by this proposed schedule, to the extent permitted by the Federal Rules of Civil Procedure and law of the case.  The Parties further reserve all appellate rights and arguments regarding the Court's pre-trial and trial rulings, including Daubert, summary judgment, and evidentiary rulings.

| Filing Date | Event |
|---|---|
| 5/16 | Sterilite:<br>1. Proposed findings of fact and conclusions of law regarding dilution claim<br>2. Motion for permanent injunction<br>3. Motion for enhanced damages<br><br>Olivet:<br>1. Motion for reduced damages |
| 6/6 | Responsive Filings |
| 6/20 | Reply Briefs as to Motions |

Dated: May 1, 2025                                                                 Respectfully submitted,

/s/ Mark G. Matuschak                                          /s/ Matthew S. Trokenheim
Mark G. Matuschak (BBO #543873)                     Matthew S. Trokenheim (*pro hac vice*)
Vinita Ferrera (BBO #631190)                              Matthew S. Marrone (*pro hac vice*)
Jason H. Liss (BBO #672902)
Jeffrey M. Soller (BBO #703959)                           Goldberg Segalla LLP
Natalie M. Morrissey (BBO #709511)                    711 3rd Avenue – Suite 1900
Makenzi G. Herbst (BBO #709263)                       New York, New York 10017-4014
Jamie N. Haddad (BBO #709223)                         Tel.: (646) 292-8700
WILMER CUTLER PICKERING                              Fax: (646) 292-8701
   HALE AND DORR LLP                                         msiem@goldbergsegalla.com
60 State Street                                                         mmarrone@goldbergsegalla.com
Boston, MA 02109
Tel.: (617) 526-6000                                                Raymond P. Ausrotas (BBO #640315)
Fax: (617) 526-5000                                                Cathleen A. Liacos (BBO #696479)
mark.matuschak@wilmerhale.com
vinita.ferrera@wilmerhale.com                              ARROWOOD LLP
jason.liss@wilmerhale.com                                    10 Post Office Square
jeff.soller@wilmerhale.com                                    7th Floor – South
natalie.morrissey@wilmerhale.com                       Tel.: (617) 849-6200
makenzi.herbst@wilmerhale.com                         Fax: (617) 849-6201
jamie.haddad@wilmerhale.com                            rausrotas@arrowoodllp.com
                                                                                cliacos@arrowoodllp.com
Hannah Santasawatkul (*pro hac vice*)
WILMER CUTLER PICKERING                             *Attorneys for Defendant Olivet International, Inc.*
   HALE AND DORR LLP
1225 Seventeenth St., Suite 2600
Denver, CO 80202
Tel.: (720) 274-3135

hannah.santasawatkul@wilmerhale.com

*Attorneys for Plaintiff Sterilite Corporation*

## CERTIFICATE OF SERVICE

    I, Jeffrey M. Soller, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), on May 1, 2025.

                                                                                      */s/ Jeffrey M. Soller*  
                                                                                      Jeffrey M. Soller